IN THE UNITED STATE COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

NO. 15-11852-E

———————————

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

versus

TONY LANIER JACKSON,

> Defendant - Appellant.

———————————

Appeal from the United States District Court
for the Southern District of Georgia

———————————

BEFORE: HULL and JORDAN, Circuit Judges.

BY THE COURT

Appellant's motion to reinstate his appeal is GRANTED.

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 23, 2015

Scott L. Poff
U.S. District Court
Federal Justice Center
600 JAMES BROWN BLVD
AUGUSTA, GA 30901

Appeal Number: 15-11852-E
Case Style: USA v. Tony Jackson
District Court Docket No: 1:97-cr-00043-DHB-BKE-1

The referenced appeal was dismissed on 05/21/2015.

Enclosed herewith is a certified copy of this court's order reinstating this appeal.

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

REINST-1 Appeal Reinstated