IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 15-11852-E

---

UNITED STATES OF AMERICA,

                                                                                Plaintiff-Appellee,

versus

TONY LANIER JACKSON,

                                                                               Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Georgia

---

ORDER:

Tony Lanier Jackson is a federal prisoner serving a life sentence following a 1998 jury conviction for conspiracy to distribute cocaine and cocaine base. On March 10, 2015, Jackson filed the instant  He has filed a motion for leave to proceed *in forma pauperis* on his appeal of the district court's denial of his *pro se* motion to reduce his sentence, pursuant to 18 U.S.C. § 3582(c)(2). Jackson's motion for leave to proceed *in forma pauperis* is GRANTED.

                                                                          /s/ Adalberto Jordan
                                                               UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 27, 2015

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 15-11852-E
Case Style: USA v. Tony Jackson
District Court Docket No: 1:97-cr-00043-DHB-BKE-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

MOT-2 Notice of Court Action